# EXHIBIT 1

Case: 1:18-cv-03778 Document #: 1-1 Filed: 05/30/18 Page 1 of 5 PageID #:15

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

PA 1-703-039

Effective date of registration:

August 16, 2010

## Title

**Title of Work:** The Expendables

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** August 13, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Alta Vista Productions, Inc.
  **Author Created:** Script/screenplay, Motion picture/audiovisual
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Alta Vista Productions, Inc.
318 N. Carson St., #208, Carson City, NV 89701

## Rights and Permissions

**Organization Name:** Nu Image, Inc.
**Name:** Rick Eyler
**Email:** rick@nuimage.net
**Telephone:** 310-388-6948
**Address:** 6432 Wilshire Blvd
Los Angeles, CA 90048 United States

## Certification

**Name:** Rick Eyler
**Date:** August 13, 2010

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-810-290**

Effective date of registration:

August 21, 2012

## Title

- **Title of Work:** The Expendables 2
- **Previous or Alternative Title:** Expendables 2
- **Nature of Work:** motion picture

## Completion/Publication

- **Year of Completion:** 2012
- **Date of 1st Publication:** August 17, 2012

## Author

- **Author:** Barney's Christmas, Inc.
- **Author Created:** entire film
- **Work made for hire:** Yes
- **Domiciled in:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant

- **Copyright Claimant:** Barney's Christmas, Inc.
  318 N. Carson St., # 208, Carson City, NV, 89701

## Limitation of copyright claim

- **Previously registered:** Yes
- **Previous registration and year:** PAu 3-594-622    2011
- **New material included in claim:** motion picture, including audio, visual and other cinematographic material

## Certification

- **Name:** Rick Eyler
- **Date:** August 20, 2012

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-734-299**

**Effective date of registration:**

July 29, 2014

---

## Title

**Title of Work:** The Expendables 3
**Nature of Work:** motion picture

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** BX3 Productions, Inc.
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Anonymous:** No     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** EX3 Productions, Inc.
318 N. Carson St., # 208, Carson City, NV, 89701

## Limitation of copyright claim

**Previously registered:** Yes
**Previous registration and year:** PAu 3-704-583   2013
**Basis of current registration:** This is a changed version of the work.
**New material included in claim:** Motion picture, including audio, visual and other cinematographic material

## Certification

**Name:** Rick Eyler
**Date:** July 28, 2014

Registration #: PAU003734299
Service Request #: 1-1627642820



Rick Eyler/Nu Image, Inc.
6423 Wilshire Blvd.
Los Angeles, CA 90048